Entered: May 20th, 2020
Signed: May 19th, 2020

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

In Re:

**MIKHAIL FREDERICK SHAMKIN**  Case No. **18-26623-WIL**
**WANDA DAWN SHAMKIN**  Chapter 13

       Debtors

## ORDER MODIFYING CHAPTER 13 PLAN

The requested modification to the confirmed plan of the Debtors having been read and considered, notice and hearing having been provided by the Court, the requirements of Section 1322 (a), 1322 (b), 1322 (c), and 1325 (a) of the U.S. Bankruptcy Code having been met, it is

**ORDERED**, that the modification request of the Debtors is hereby approved so as to pay to the Trustee the sum of $2,233.00 per month for five (5) months; then $2,655.00 per month for nine (9) months; then $3,114.00 per month for forty-six (46) months on or before the 19th day of each month for a total period of sixty (60) months or until all allowed claims are paid in full plus 4.5% interest; and it is further

**ORDERED**, that the Debtors are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending.

cc:

MIKHAIL FREDERICK SHAMKIN
WANDA DAWN SHAMKIN
2811 BEACH DRIVE
HUNTINGTOWN, MD  20639
Debtors

JAMES D EALLEY
135 WEST DARES BEACH ROAD
SUITE 203
PRINCE FREDERICK, MD  20678
Attorney for Debtors

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
Trustee

All Creditors and Parties of interest.

**END OF ORDER**