IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:                                          *

Mikhail and Wanda Shamkin          *        Case No:    18-26623


                                                *        Chapter 13
        Debtors
_____

**MOTION TO MODIFY CHAPTER 13 PLAN DUE TO THE COVID-19 PANDEMIC**

Mikhail and Wanda Shamkin, through their attorneys, James D. Ealley and The James D. Ealley Law Firm, files this Motion to Modify Chapter 13 Plan, and as grounds thereof, respectfully represents that:

1. The Order Confirming Chapter 13 Plan was entered by the Court on March 11, 2019.   The Plan was thereafter modified two times, on May 21, 2019 and May 20, 2020, at the request of the Debtors.

2. Mr. Shamkin works in the hospitality industry. Due to the COVID 19 Pandemic, Mr. Shamkin was laid-off from work from April 6, 2020 to July 31, 2020.   As a result, the Debtors fell behind on many of their financial obligations, including the Chapter 13 Plan payments. It was the desire of the Debtors to recover from the period of reduced income without needing to request another Plan modification.

3. From March 2020 to March 2021, the Debtors owed $40,482 in Plan payments. The Debtors made payments totaling $21,320, leaving a deficit of $13,852.   Per the approved, modified Plan, the Debtors current monthly Plan payment is $3,114.   The Debtors modified Plan provides for 100% distribution to general unsecured claims.

4. The gross required funding of the modified Chapter 13 Plan is $178,304.   The Debtors have paid a total of $61,574, leaving a gross funding balance of $116,730.

5. The Debtors are currently in the 27th month of the Plan, leaving 23 months remaining in the Plan.

6. In order to help the Debtors become current on all of their financial obligations, including the Plan payments, the Debtors are requesting an extension of their Chapter 13 Plan period by 24 months, resulting in a total of 47 months remaining in the Plan to pay the remaining gross funding balance of $116,730.

7.      The Debtors are therefore proposing the monthly payment amount be set to $2,500 per month for 47 months. The Proposed Modified Plan is attached hereto as Exhibit A.


WHEREFORE, Mikhail and Wanda Shamkin, debtors, respectfully requests that this Honorable Court:

1.      Enter an Order approving this Motion to Modify Chapter 13 Plan; and

2.      Enter an Order confirming the proposed Modified Chapter 13 Plan; and

3.      Award to the debtor such other and further relief as is just and proper.


Respectfully Submitted,

/s/ James D. Ealley
James D. Ealley, Bar # 26697
The James D. Ealley Law Firm
135 W Dares Beach Rd, Ste 203
Prince Frederick, MD 20678
410-535-2200
jealley@jdelawfirm.com

Attorney for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the **Motion to Modify Plan, Notice of Motion to Modify and Proposed Modified Plan** was served electronically by the Court's CM/ECF system on the following:

Rebecca Herr, Chapter 13 Trustee

I hereby further certify that on March 31, 2021, a copy of the **Motion to Modify Plan, Notice of Motion to Modify and Proposed Modified Plan** was also mailed first class mail, postage prepaid to the parties on the attached:

/s/ James D. Ealley
James D. Ealley, Bar # 26697