IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Mikhail and Wanda Shamkin | * | Case No: | 18-26623 |
| | * | Chapter 13 | |
| Debtor | | | |

_____

**<u>NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION</u>**

    A motion was filed on behalf of the debtor to modify the Chapter 13 Plan that has been confirmed in this case. Your rights might be affected. You should read these papers carefully and discuss them with a lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion and proposed modified plan is attached.

    If you do not want the court to grant the motion to modify the Chapter 13 Plan, or if you want the court to consider your views on the motion, then by **April 28, 2021**, (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to the debtor, debtor's counsel (if applicable), trustee and other related parties in accordance with Federal Bankruptcy Rule 3015(g):

    If you file a timely response to the motion, the hearing on the motion will take place on **May 18, 2021** at **10:00 a.m. in Courtroom 3-D**, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

    If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise rule on the motion without a hearing.

    Respectfully Submitted,

<u>/s/ James D. Ealley</u>
James D. Ealley, Bar # 26697
The James D. Ealley Law Firm
135 W Dares Beach Rd, Ste 203
Prince Frederick, MD 20678
410-535-2200
jealley@jdelawfirm.com

Attorney for the Debtor