| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 18-26623<br>District of Maryland<br>Greenbelt<br>Wed Mar 31 14:31:31 EDT 2021 | PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| UMB Bank, National Association, not in its i<br>Rushmore Loan Management Services, LLC<br>15480 Laguna Canyon Road<br>Irvine, CA 92618-2132 | AT&T Mobile<br>PO BOX 5014<br>Carol Stream, IL 60197-5014 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>PO BOX 8803<br>Wilmington, DE 19899-8803 |
| Best Buy/CBNA<br>PO BOX 6497<br>Sioux Falls, SD 57117-6497 | Calvert County Treasurer<br>PO BOX 2909<br>Prince Frederick, MD 20678-2909 | Calvert County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Ste. 400<br>Riverdale Park, MD 20737-1331 |
| Capital One Bank<br>10700 Capital One Way<br>Glen Allen, VA 23060-9243 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| CareCredit -Synchrony Bank<br>PO BOX 965036<br>Orlando, FL 32896-5036 | Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison Texas 75001-9013 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Cards CBNA<br>PO BO 6241<br>Sioux Falls, SD 57117-6241 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citicards CBNA<br>PO BOX 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank-Peebles<br>PO BOX 182789<br>Columbus, OH 43218-2789 | (p)COMPTROLLER OF MAYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2396 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| KOHLS Department Store<br>PO BOX 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Marriott Employee FCU<br>10400 Fernwood Road<br>Bethesda, MD 20817-1102 | One Main Financial<br>PO BOX 1010<br>Evansville, IN 47706-1010 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rushmore Loan Management Services LLC<br>PO BOX 514707<br>Los Angeles, CA 90051-4707 |
| Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | SYNCB/LOWES<br>PO BOX 965005<br>Orlando, FL 32896-5005 | Sears/CBNA<br>PO BOX 6282<br>Sioux Falls, SD 57117-6282 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Synchrony Bank/QVC<br>PO BOX 965005<br>Orlando, FL 32896-5005 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| TD Bank/Target<br>PO BOX 1470<br>Minneapolis, MN 55440-1470 | Taxing Authority of<br>Calvert County, MD<br>Treasurer Office, Courthouse<br>Prince Frederick, MD 20678 | The Home Depot/CBNA<br>PO BOX 6497<br>Sioux Falls, SD 57117-6497 |
| UMB Bank, National Association<br>C/O Rushmore Loan Management Services<br>P.O. BOX 55004<br>Irvine, CA 92619-5004 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US Dept of Education/GL<br>2401 International<br>PO BOX 7859<br>Madison, WI 53707-7859 |
| James D. Ealley<br>The James D. Ealley Law Firm<br>135 West Dares Beach Road<br>Suite 203<br>Prince Frederick, MD 20678-3127 | Mikhail Frederick Shamkin<br>2811 Beach Drive<br>Huntingtown, MD 20639-9339 | Rebecca A. Herr<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 |
| Wanda Dawn Shamkin<br>2811 Beach Drive<br>Huntingtown, MD 20639-9339 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).